IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Chaney-Watson, Zenobia | Case Number: 04 B 25165 |
| | Judge: Hollis, Pamela S |
| Printed: 12/19/07 | Filed: 7/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  November 5, 2007
Confirmed: November 1, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 25,700.00 | |
| Secured: | | 22,091.24 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,272.50 |
| Trustee Fee: | | 1,336.26 |
| Other Funds: | | 0.00 |
| Totals: | 25,700.00 | 25,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,272.50 | 2,272.50 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 15,071.11 | 11,624.95 |
| 5. | Credit Union One | Secured | 13,940.29 | 10,466.29 |
| 6. | Capital One | Unsecured | 688.21 | 0.00 |
| 7. | B-First | Unsecured | 2,859.45 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 1,683.27 | 0.00 |
| 9. | Card Processing Center | Unsecured | 2,392.08 | 0.00 |
| 10. | Merrick Bank | Unsecured | 1,555.24 | 0.00 |
| 11. | Capital One | Unsecured | 339.62 | 0.00 |
| 12. | Credit Union One | Unsecured | 3,845.45 | 0.00 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | MCM | Unsecured | | No Claim Filed |
| 15. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 16. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,647.22 | $ 24,363.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 312.00 |
| 4% | 128.00 |
| 3% | 46.49 |
| 5.5% | 442.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Chaney-Watson, Zenobia | Case Number:  04 B 25165 |
| | Judge:  Hollis, Pamela S |
| Printed:  12/19/07 | Filed:  7/6/04 |

```
            5%                  79.99
          4.8%                 192.01
          5.4%                 135.00
                              _____
                            $ 1,336.26
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____